JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                                                August 22, 1995

| RTC# | CAPTION | | Page: 1 |
|---|---|---|---|

27 √  IN RE FEDERAL LABOR RELATIONS AUTHORITY ORDER REGARDING NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, CASE NO. AT-CA-30481, ISSUED ON JULY 28, 1995

| 08/14/95<br>PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM THE FEDERAL LABOR RELATIONS AUTHORITY -- 2 Petitions pending in 2 circuits as follows: one in D.C. Circuit and one in 11th Circuit -- Regarding National Aeronautics and Space Administration, Case No. AT-CA-30481 | 08/14/95<br>CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD - Consolidating 2 appeals that were pending in 2 circuits - the Court of Appeals for the 11th Circuit was DESINATED. Random Selector, Laura Gorman, Work Leader Deputy Clerk and Witness, Vivian Challen, Chief Deputy Clerk  (lg) | 08/22/95<br>PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED 8/22/95 -- Received from the Federal Labor Relations Authority  (lg) |
|---|---|---|

RELATED ACTIONS

    No Actions Found

---

Key: √ Signifies Proof Of Service Filed By Agency

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                                       August 14, 1995

| RTC# | CAPTION | | Page: 1 |
|---|---|---|---|

27   In re Federal Labor Relations Authority Order Regarding National Aeronautics and Space Administration, Case No. AT-CA-30481, Issued on July 28, 1995

08/14/95
PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION
RECEIVED FROM THE FEDERAL LABOR RELATIONS AUTHORITY --
2 Petitions pending in 2 circuits as follows:  one in
D.C. Circuit and one in 11th Circuit -- Regarding
National Aeronautics and Space Administration, Case No.
AT-CA-30481

08/14/95
CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD -
Consolidating 2 appeals that were pending in 2
circuits - the Court of Appeals for the 11th Circuit
was DESINATED. Random Selector, Laura Gorman, Work
Leader Deputy Clerk and Witness, Vivian Challen,
Chief Deputy Clerk  (lg)

RELATED ACTIONS

   No Actions Found

Key: √ Signifies Proof Of Service Filed By Agency